EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2005

at 11 o'clock and 25 min. a M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00027 |
| Plaintiff, ) | INDICTMENT |
| v. ) | [21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)] |
| SEAN M. CARILLO,    (1) ) ERIC K. HO,         (2) )     aka Erick Ho, ) | |
| Defendants. ) | |

I N D I C T M E N T

The Grand Jury charges that:

Count One

Beginning at a date unknown and continuing up to and including January 4, 2005, in the District of Hawaii, defendants, SEAN M. CARILLO AND ERIC K. HO, aka Erick Ho, did knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown, to commit

offenses against the United States, that is, to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21 United States Code, Sections 846, 841(a)(1) & (b)(1)(A).

Count Two

On or about January 4, 2005, in the District of Hawaii, defendant, SEAN M. CARILLO, did knowingly and intentionally possess, with intent to distribute, 50 grams or more, to wit: approximately 103 grams, of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

Dated: January 12, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Florence T. Nakakuni
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

/s/ Mark A. Inciong
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Sean M. Carillo & Eric K. Ho
Indictment
CR. No.

2